# Court of Appeals
# of the State of Georgia

ATLANTA,  January 16, 2019

*The Court of Appeals hereby passes the following order:*

## A19A0989. DERRICK A. TWYMAN v. E.R. SNELL CONTRACTING, INC.

This case began in magistrate court. Derrick Twyman sued E.R. Snell Contracting, Inc., for damages allegedly sustained to his truck by an employee of E.R. Snell Contracting. The magistrate court found in favor of E.R. Snell Contracting, and Twyman appealed to state court. A state court jury also found in favor of E.R. Snell Contracting, and the court denied Twyman's motion for new trial. Twyman has filed a direct appeal from the state court order denying his motion for new trial. We lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Twyman was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). Twyman's failure to do so deprives us of jurisdiction over this appeal.  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/16/2019*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*